IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALINDA S. SMIDGA, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>META PLATFORMS, INC., et al.,<br><br>          Defendants. | Case No. 2:22-cv-01231-MPK<br><br>The Honorable Maureen P. Kelly<br><br>JURY TRIAL DEMANDED |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT META PLATFORMS, INC. TO RESPOND TO COMPLAINT

Pursuant to Local Civil Rule 7(E), Plaintiff Malinda S. Smidga ("Plaintiff") and Defendant Meta Platforms, Inc. ("Meta"), by and through their respective counsel of record, hereby stipulate that Meta shall have until and including October 27, 2022 in which to file its answer, respond, or otherwise move with respect to the Complaint. Pursuant to Local Civil Rule 7(E), this is Plaintiff's and Meta's first stipulation for extension of time, and this extension does not exceed 45 days from the original due date of the time for Meta to respond to the Complaint.

Dated: September 23, 2022

By:  /s/ *Gary F. Lynch*
Gary F. Lynch (PA 56887)
Jamisen A. Etzel (PA 311554)
Nicholas A. Colella (FL 1002941)
Patrick D. Donathen (PA 330416)
**LYNCH CARPENTER, LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243

Respectfully Submitted,

By:  /s/ *Lauren R. Goldman*
Lauren R. Goldman (NY 2952422)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
lgoldman@gibsondunn.com

gary@lcllp.com
jamisen@lcllp.com
nickc@lcllp.com
patrick@lcllp.com


*Attorneys for Plaintiff*

Abbey A. Barrera (CA 301746)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
abarrera@gibsondunn.com

Trenton J. Van Oss (DC 263163)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
tvanoss@gibsondunn.com


By:  /s/ *Michael G. Rhodes*
Michael G. Rhodes (CA 116127)
Kyle C. Wong (CA 224021)
Caroline A. Lebel (CA 340067)
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
rhodesmg@cooley.com
kwong@cooley.com
clebel@cooley.com

*Attorneys for Defendant Meta Platforms, Inc.*